IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:05-CR-0069** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **DONNA JO HANNON** | : | |

## ORDER

AND NOW, this 19th day of April, 2006, upon consideration of defendant's motion for credit for time served (Doc. 28), averring that the court ordered her federal sentence to begin immediately and to run concurrently with a state-imposed sentence, and it appearing that a petition for writ of habeas corpus is the appropriate means to seek credit for time served,[1] see 28 U.S.C. § 2241; see also United States v. Grimes, 641 F.2d 96, 99 (3d Cir. 1981) (stating that a claim for credit for time served "should be made on a petition for a writ of habeas corpus" pursuant to 28 U.S.C. § 2241), it is hereby ORDERED that the motion (Doc. 28) is DENIED.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Contrary to defendant's assertion, the court did not grant her request for credit for time served.  Rather, the court ordered her federal sentence to be served *consecutive to* the sentence she was then serving in a state facility.  (See Doc. 24 at 2; see also Tr. at 11.)